**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MOHAMMED NAZIR BIN LEP,**

    **Petitioner,**

        **v.**

**JOSEPH R. BIDEN et al.,**

    **Respondents.**

**Civil Action No. 20-3344 (JDB)**

---

## THIRD AMENDED SCHEDULING ORDER

Upon consideration of [115] petitioner's consent motion to revise the scheduling order, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern future proceedings:

1. Petitioner shall file his reply in further support of [107] his discovery motion and his response to [113] respondents' sealed motion by not later than July 1, 2022.

2. Respondents shall file their reply in further support of their sealed motion by not later than July 29, 2022.

**SO ORDERED.**

                                      /s/
                              JOHN D. BATES
                     United States District Judge

Dated: June 3, 2022